### UNITED STATES of America, Plaintiff–Appellee

v.

### Roberto VARGAS–CARRAZCO also known as, Roberto Vargas, Defendant–Appellant.

### No. 05–51305.

United States Court of Appeals, Fifth Circuit.

Decided June 30, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's motion to remand the case to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative motion to extend the time to file Appellee's brief fourteen (14) days from the date of the denial of Appellee's motion to vacate and remand is DENIED.

---

[1]. Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.